UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHR. HANSEN HMO GMBH,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>GLYCOSYN LLC,<br><br>*Defendant and Counterclaim-Plaintiff,*<br><br>v.<br><br>ABBOTT LABORATORIES.<br><br>*Counterclaim-Defendant.* | C.A. No. 1:22-cv-11090-NMG |

### DECLARATION OF ALLISON M. LUCIER
### IN SUPPORT OF CHR. HANSEN'S AND ABBOTT'S
### RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Allison M. Lucier, declare and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts.

2. I am a partner at Holland & Knight LLP. I am counsel for Chr. Hansen HMO GmbH ("Chr. Hansen") in the above-captioned case.

3. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto. I make this Declaration in Support of Chr. Hansen's and Abbott's Responsive Claim Construction Brief.

4. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Dr. Kristala L. Jones Prather in support of Complaint Glycosyn LLC's Claim Construction Brief filed in the ITC Case.

5. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Witness

Statement of Kristala L. Jones Prather filed in the ITC Case.

6. Attached hereto as Exhibit C is a true and correct copy of an article titled "Why Prokaryotes Genomes Lack Genes with Introns Processed by Spliceosomes?" in the Journal of Molecular Evolution (2018) 86:611-612.

7. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the American Heritage® Dictionary of the English Language, 5th ed., Houghton Mifflin Harcourt Publishing Company, 2011.

8. Attached hereto as Exhibit E is a true and correct copy of an excerpt from A Dictionary of Science, 6th ed., Oxford University Press 2010.

9. Attached hereto as Exhibit F is a true and correct copy of an excerpt from Molecular Cell Biology, 4th Ed., Harvey Lodish et al., 2000.

10. Attached hereto as Exhibit G is a true and correct copy of an excerpt from Complainant Glycosyn LLC's Initial Claim Construction Brief filed in the ITC Case.

I declare that the foregoing is true and correct.

Dated: October 5, 2023                             /s Allison M. Lucier
                                                   Allison M. Lucier