UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHR. HANSEN HMO GMBH, *Plaintiff and Counterclaim-Defendant*, v. GLYCOSYN LLC, *Defendant and Counterclaim-Plaintiff*, v. ABBOTT LABORATORIES, *Counterclaim-Defendant*. | C.A. No. 1:22-cv-11090-NMG **JURY TRIAL DEMANDED** |

### REFILED JOINT NOTICE OF SETTLEMENT AND MOTION TO EXTEND DEADLINES

Defendant and Counterclaim-Plaintiff, Glycosyn LLC ("Glycosyn"), and Counterclaim-Defendants, Chr. Hansen GmbH ("Chr. Hansen") and Abbott Laboratories ("Abbott") (collectively, the "Parties") respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing a settlement agreement and stipulation of dismissal.

On April 11, 2025, the Court allowed in part the parties' motion to extend all deadlines and directed Glycosyn to file oppositions to Docket Nos. 414 and 415 on or before Friday, April 25, 2025. Dkt. No. 422. The Court further notified the parties that "[t]he motion insofar as it requests extensions on any other deadline is denied without prejudice to the parties refiling and specifying what deadline(s) they seek to continue." *Id.* Therefore, pursuant to Docket No. 422, in addition to an extension to the deadlines to file oppositions to Docket Nos. 414 and 415, the Parties jointly move for a 14-day extension of: (1) Glycosyn's deadline to file a motion for reconsideration of

1

Magistrate Judge Cabell's order granting Chr. Hansen and Abbott's Motion to Exclude Glycosyn's Experts Roy Weinstein and Raphaelle O'Connor (ECF 417) and (2) Chr. Hansen and Abbott's deadline to file a motion for reconsideration of Magistrate Judge Cabell's order granting in part Glycosyn's Motion to Exclude In Part the Testimony of Gregory Bell, PH.D (ECF 416). Pursuant to 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), and D. Mass. Local Magistrate Judge Rule (2)(b)-(c), the current deadline for the parties to file motions for reconsideration is 14 days from Judge Cabell's orders, Monday April 14, 2025. Extending these deadlines will facilitate the completion of the settlement process and allow the parties time to prepare the appropriate dismissal papers for the Court.

Dated: April 11, 2025

Respectfully submitted,

/s/ *Michael C. Newman*
Michael C. Newman (BBO #667520)
MCNewman@mintz.com
Thomas H. Wintner (BBO #667329)
TWintner@mintz.com
James Wodarski (BBO #627036)
JWodarski@mintz.com
Michael Renaud (BBO #629783)
MTRenaud@mintz.com
Peter J. Cuomo (BBO #661368)
PJCuomo@mintz.com
Matthew A. Karambelas (BBO #691034)
MAKarambelas@mintz.com
Courtney Herndon (BBO #693418)
CHerndon@mintz.com
Nana Liu (BBO #694201)
(*Pro Hac Vice*)
NLiu@mintz.com
Paul Weinand (BBO # 708757)
PWeinand@mintz.com
(*Pro Hac Vice*)
Williams S. Dixon (BBO #705286)
WSDixon@mintz.com
(*Pro Hac Vice*)
Amanda R. Metell (BBO #713438)
AMetell@mintz.com
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C.
One Financial Center
Boston, MA 02111
Phone: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Defendant and Counterclaim Plaintiff Glycosyn LLC*

<u>/s/   *R. David Donoghue*</u>
Joshua Krumholz (BBO 552573)
Joshua.krumholz@hklaw.com
Allison M. Lucier (BBO 569193)
Allison.Lucier@hklaw.com
Emily Robey-Phillips (BBO 698744)
Emily.robey-phillips@hklaw.com
William H. Oliver (BBO 707568)
William.oliver@hklaw.com
Holland & Knight LLP
Sadie Mlika (BBO 715515)
Sadie.mlika@hklaw.com
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700

R. David Donoghue (Pro Hac Vice)
David.donoghue@hklaw.com
Brian Murray (Pro Hac Vice)
brian.murray@hklaw.com
Anthony J. Fuga (Pro Hac Vice)
Anthony.fuga@hklaw.com
Tiffany Lee (Pro Hac Vice)
Tiffany.lee@hklaw.com
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: (312) 263-3600

Morgan J. Delabar *(Pro Hac Vice)*
morgan.delabar@hklaw.com
Holland & Knight LLP
1722 Routh, Suite 1500
Dallas, Texas 75201
Telephone: (214) 964-9445

*Counsel for Plaintiff and Counterclaim-Defendant Chr. Hansen HMO GmbH*


<u>/s/   *Charles H. Sanders*</u>
Charles H. Sanders (BBO #646740)
William J. Trach (BBQ #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116

Tel: (617) 948-6000
Fax: (617) 948-6001
charles.sanders@lw.com
william.trach@lw.com

Michael A. Morin (Pro Hac Vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
michael.morin@lw.com

S. Giri Pathmanaban (Pro Hac Vice)
LATHAM & WATKINS LLP
301 Congress Avenue
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
giri.pathmanaban@lw.com

Sarah W. Wang (Pro Hac Vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
sarah.wang@lw.com

*Counsel for Counterclaim-Defendant Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

      I certify that on April 11, 2025, I caused a true and correct copy of the foregoing to be served via email on all counsel of record.

/s/ *Michael C. Newman*
Michael C. Newman
